

## PERTH AMBOY POLICE DEPT
## PERTH AMBOY, NJ

| **Incident # / Report #** | **Officer** | **Rank** | **Review Status** |
|---|---|---|---|
| 23041037 / 1 | BATISTA,BENJAMIN J | | APPROVED |

---

**INCIDENT #23041037 DATA**
As Of 09/27/2023 08:28:46

---

### Basic Information

| **Case Title** | **Location** | **Apt/Unit #** |
|---|---|---|
| STATE OF NEW JERSEY | HARNED ST & PFEIFFER BLVD | |

| **Date/Time Reported** | **Date/Time Occurred** |
|---|---|
| 09/08/2023 15:46:35 | On or about 09/08/2023 15:46 |

**Incident Type(s)/Offense(s)**
(1831)POSS OPIUM OR COCAINE 2C:35-10
(1811)MANU OR SALE OPIUM OR COCAINE 2C:35-5
(1852)SALE CDS 500 FT PUBLIC HOUSING/PARK 2C:35-7.1
(1858)DIST CDS W/I 1,000 FT OF SCHOOL 2C:35--7
(1531)WEAPON POSS/UNLAWFUL PURPOSE 2C:39-4
(1533)PROHIBITED WEAPONS AND DEVICES 2C:39-3

---

### Persons

| Role | Name | Sex | Race | Age | DOB | Phone |
|---|---|---|---|---|---|---|
| REPORTING PERSON | DET. BATISTA, BENJAMIN | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE.   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET./SGT. GUZMAN, DAVID | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVENUE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. SAVOIA, KEVIN | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. REYES, YANELBA | FEMALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. ALMANZAR, LUIS | | | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DEJESUS, JESSICA | FEMALE | WHITE | | | (WORK) 732-324-3817 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |

### Offenders

| **Status** | **Name** | **Sex** | **Race** | **Age** | **DOB** | **Phone** |
|---|---|---|---|---|---|---|
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | ▮ | (HOME) |
| | **ADDRESS:** 559 HAZEL AVE   PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |
| DEFENDANT | APPICE, JOSEPH VITO | MALE | WHITE | 54 | ▮ | (HOME) |
| | **ADDRESS:** 52 LARCH ST 1 PORT READING, NJ | | | | | (CELL) 732-372-9134 |
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | ▮ | (HOME) |
| | **ADDRESS:** 559 HAZEL AVE   PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |

### Vehicles

| **Role** | **Type** | **Year** | **Make** | **Model** | **Color** | **Reg #** | **State** |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2019 | AUDI | Q7 | BLACK | J45RVM | NJ |

| **Stolen $** | **Rec Code** | **Date Rec** | **Rec $** | **Rec By** |
|---|---|---|---|---|
| | | | | |

| **Role** | **Type** | **Year** | **Make** | **Model** | **Color** | **Reg #** | **State** |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2013 | SUBARU | FORESTER | SILVER | Y96MNS | NJ |

| **Stolen $** | **Rec Code** | **Date Rec** | **Rec $** | **Rec By** |
|---|---|---|---|---|
| | | | | |

### Property

| **Class** | **Description** | **Make** | **Model** | **Serial #** | **Value** |
|---|---|---|---|---|---|
| DRUGS/NARCOTICS | APPROXIMATELY 2 GRAMS OF ROCK LIKE | | | | 125 |
| OTHER | CRUMBLED UP NAPKIN | | | | 1 |
| OTHER | PURPLE SAMSUNG PHONE | | | | 1 |
| OTHER | GOLD IPHONE WITH GREE/YELLOW CASE | | | | 1 |
| OTHER | STATE OF NJ PERMIT TO CARRY HANDGUN ID | | | | 1 |
| FIREARMS | SIG SAUER 9MM P365 SERIAL #:66F266547 | SIG SAUR | P365 | 66F266547 | 500 |
| OTHER | SIG SAUR 9MM - 12 ROUND MAGAZINE | | | | 1 |
| OTHER | TEN (10) 9MM TROY LUGER BULLET | | | | 1 |
| OTHER | BLACK G-CODE FIREARM HOLSTER | | | | 1 |
| MONEY | $206.00 IN U.S. CURRENCY | | | | 206 |
| OTHER | 2 CRUMBLED UP NAPKINS | | | | 1 |
| OTHER | BLACK APPLE IPHONE WITH WHITE/GRAY CASE | | | | 500 |

---

### OFFICER REPORT: 23041037 - 1 / BATISTA,BENJAMIN J (233)

| **Date/Time of Report** | **Type of Report** | **Review Status** |
|---|---|---|
| 09/08/2023 17:53:14 | SIU | APPROVED |

### Narrative

On 09/08/2023 at approximately 1540 hours, while working narcotics patrol in plain clothes and in unmarked police vehicle with Det. Kevin Savoia, D/Sgt. David Guzman was receiving real time information from Lt. Carmelo Jimenez of a potential drug deal that was about to take place in the area of Florida Grove and Stephen Ave. Lt. Jimenez had provided information in the past, approximately a year and a half ago of potential drug deals in this area involving a Black Audi SUV and Silver Subaru.

As I was arriving in the area, traveling North on Florida Grove Rd, I observed a Black in color, heavily tinted Audi SUV turning East onto Stephen Ave. The Audi SUV drove to the intersection of Stephen and Chamberlain where there was a Silver Subaru vehicle waiting. The Audi then made a left turn onto Chamberlain Ave. and a few other turns in the area as the Subaru was following closely. I continued surveillance on both vehicles and then observed the Audi pull over in front of 785 Harned as the Subaru pulls over right behind it.

Through my training and experience in the field of narcotics, I know that it is common practice for both users and distributors of controlled dangerous substance to do counter surveillance measures prior and/or after engaging in illegal activity as an attempt to detect any police presence in the area and to decipher if someone is following them. It should be noted that Harned St. is a small quiet street with very little traffic and not many houses. It should also be noted that throughout the booking process, it was learned that neither of the two individuals lived in the area of Harned St.

The driver of the Subaru, who was later identified as Joseph Vito Appice (hereinafter referred to as APPICE), quickly got out of his vehicle and approached the Audi on the front passenger side where he interacted with the driver of the Audi, who was later identified as Christopher Curtis Bellinger (hereinafter referred to as BELLINGER), as he had the passenger side door opened. Within seconds, APPICE quickly returned to his vehicle as the Audi began to drive away.

Through my training and experience in the field of narcotics along with my observations, I believed a narcotic transaction had taken place. Myself and Det. Savoia approached APPICE as he sat down in the driver seat of Subaru. Det. Savoia asked APPICE to step out the vehicle and informed him the reason for the stop. Det. Savoia asked APPICE "where is it at?" APPICE uttered that it was in his pocket. At that point Det. Savoia retrieved a crumbled up napkin which contained approximately 2 grams of crack cocaine in a clear knotted baggie from his left front pocket. APPICE was then placed under arrest.

I immediately informed D/Sgt. Guzman that we located product on APPICE. D/Sgt. Guzman had stopped the Audi on Pfeiffer Blvd. (See D/Sgt.

Guzman supplemental for further)

In the vehicle, Det. Almanzar located a loaded handgun in a holster in the glove box of the vehicle (See Det. Almanzar Supplemental for further). The firearm was a Sig Sauer P365 9mm (Serial #: 66F266547) with a 12 round magazine and a RomeoZero elite red dot. The magazine contained 9 (nine) luger 9mm rounds and 1 (one) round was in the chamber of the firearm.

APPICE was handcuffed, searched, and transported to Police headquarters in patrol vehicle 813. The rear interior cabin of the vehicle was check for contraband before and after transport yielding negative results. APPICE was handcuffed to booking bench and processed without incident. APPICE was charged for possesion of crack cocaine which was placed on summons #1216 S 2023 001001.

BELLINGER was also handcuffed, searched, and transported to Police Headquarters in patrol vehicle 801. The rear interior cabin of the vehicle was check for contraband before and after transport yielding negative results. BELLINGER was handcuffed to booking bench and processed without incident.

BELLINGER was charged with Possesion of crack cocaine, distribution of crack cocaine, distribution within 1000 feet of James Flynn School, and Sale of CDS within 500 feet of Willow Pond Park which was placed on summons #1216 S 2023 001002.

BELLINGER'S vehicle was driven into police headquarter by Det. Reyes as I would be applying for seizure on the vehicle.

Upon further review of the incident and discussing the incident with Middlesex County Prosecutor's office, BELLINGER was subsequently charged with unlawful possesion of a weapon 2C:39-4.1(a) and also prohibited weapons and devices (12 round magazine) 2C:39-3J which was placed on summons #1216 S 2023 001008.

Evidence Seized from the vehicle:
1. Sig Sauer P365 9mm with elite optic red dot serial #:66F266547
2. Sig Sauer 9mm - 12 round magazine
3. Ten (10) 9mm troy luger ammunition
4. One (1) black G-Code Firearm holster
5. $206.00 in U.S. Currency believed to be illicit proceeds from the distribution of a controlled dangerous substance.
6. Two crumbled paper napkin
7. One (1) black apple Iphone with white and Gray otter box case

Evidence seized from APPICE:

MCPO/23004404/00000005

1. One (1) clear knotted plastic baggie containing a rock like substance believed to be crack cocaine
2. One (1) crumbled paper napkin containing item #1
3. One (1) purple Samsung phone with blue and black phone case.

Evidence seized from BELLINGER:
1. One (1) Gold Iphone with a green and yellow otter box
2. One (1) state of New Jersey Permit to carry a handgun ID Card.

Detective's Notes:
-Incident was captured on my body worn camera.
-Tow log was completed.
-All evidence was heat sealed, initialed, and placed in PAPD evidence locker with corresponding property reports and currency seizure form.
-Vehicle seizure form were also completed and filed accordingly.
-Pictures of incident were attached to report.
-BELLINGER was also issued title 39 summons 1216 HH 092874 (CDS in Vehicle), 1216 HH 092875 (unclear plates), 1216 HH 092876 (tinted windows).
-APPICE's vehicle was secured and left properly parked on Harned St.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | BATISTA,BENJAMIN J | 233 |
| Reviewing Officer: | | |
| Approving Officer: | VALERA,MARCOS | 131 |



## PERTH AMBOY POLICE DEPT
## PERTH AMBOY, NJ

| **Incident # / Report #** | **Officer** | **Rank** | **Review Status** |
|---|---|---|---|
| 23041037 / 2 | GUZMAN,DAVID | | APPROVED |

**INCIDENT #23041037 DATA**
As Of 09/27/2023 08:28:46

### Basic Information

| **Case Title** | **Location** | **Apt/Unit #** |
|---|---|---|
| STATE OF NEW JERSEY | HARNED ST & PFEIFFER BLVD | |

| **Date/Time Reported** | **Date/Time Occurred** |
|---|---|
| 09/08/2023 15:46:35 | On or about 09/08/2023 15:46 |

**Incident Type(s)/Offense(s)**
(1831)POSS OPIUM OR COCAINE 2C:35-10
(1811)MANU OR SALE OPIUM OR COCAINE 2C:35-5
(1852)SALE CDS 500 FT PUBLIC HOUSING/PARK 2C:35-7.1
(1858)DIST CDS W/I 1,000 FT OF SCHOOL 2C:35--7
(1531)WEAPON POSS/UNLAWFUL PURPOSE 2C:39-4
(1533)PROHIBITED WEAPONS AND DEVICES 2C:39-3

### Persons

| Role | Name | Sex | Race | Age | DOB | Phone |
|---|---|---|---|---|---|---|
| REPORTING PERSON | DET. BATISTA, BENJAMIN<br>**ADDRESS:** 365 NEW BRUNSWICK AVE.   PERTH AMBOY, NJ | MALE | WHITE | | | (WORK) 732-442-4400<br>(CELL) |
| INVOLVED PARTY | DET./SGT. GUZMAN, DAVID<br>**ADDRESS:** 365 NEW BRUNSWICK AVENUE   PERTH AMBOY, NJ | MALE | WHITE | | | (WORK) 732-442-4400<br>(CELL) |
| INVOLVED PARTY | DET. SAVOIA, KEVIN<br>**ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | MALE | WHITE | | | (WORK) 732-442-4400<br>(CELL) |
| INVOLVED PARTY | DET. REYES, YANELBA<br>**ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | FEMALE | WHITE | | | (WORK) 732-442-4400<br>(CELL) |
| INVOLVED PARTY | DET. ALMANZAR, LUIS<br>**ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | (WORK) 732-442-4400<br>(CELL) |
| INVOLVED PARTY | DEJESUS, JESSICA<br>**ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | FEMALE | WHITE | | | (WORK) 732-324-3817<br>(CELL) |

### Offenders

| **Status** | **Name** | **Sex** | **Race** | **Age** | **DOB** | **Phone** |
|---|---|---|---|---|---|---|
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | ███ | (HOME) |
| | **ADDRESS:** 559 HAZEL AVE  PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |
| DEFENDANT | APPICE, JOSEPH VITO | MALE | WHITE | 54 | ███ | (HOME) |
| | **ADDRESS:** 52 LARCH ST 1 PORT READING, NJ | | | | | (CELL) 732-372-9134 |
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | ███ | (HOME) |
| | **ADDRESS:** 559 HAZEL AVE  PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |

### Vehicles

| **Role** | **Type** | **Year** | **Make** | **Model** | **Color** | **Reg #** | **State** |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2019 | AUDI | Q7 | BLACK | J45RVM | NJ |

| **Stolen $** | **Rec Code** | **Date Rec** | **Rec $** | **Rec By** |
|---|---|---|---|---|
| | | | | |

| **Role** | **Type** | **Year** | **Make** | **Model** | **Color** | **Reg #** | **State** |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2013 | SUBARU | FORESTER | SILVER | Y96MNS | NJ |

| **Stolen $** | **Rec Code** | **Date Rec** | **Rec $** | **Rec By** |
|---|---|---|---|---|
| | | | | |

### Property

| **Class** | **Description** | **Make** | **Model** | **Serial #** | **Value** |
|---|---|---|---|---|---|
| DRUGS/NARCOTICS | APPROXIMATELY 2 GRAMS OF ROCK LIKE | | | | 125 |
| OTHER | CRUMBLED UP NAPKIN | | | | 1 |
| OTHER | PURPLE SAMSUNG PHONE | | | | 1 |
| OTHER | GOLD IPHONE WITH GREE/YELLOW CASE | | | | 1 |
| OTHER | STATE OF NJ PERMIT TO CARRY HANDGUN ID | | | | 1 |
| FIREARMS | SIG SAUER 9MM P365 SERIAL #:66F266547 | SIG SAUR | P365 | 66F266547 | 500 |
| OTHER | SIG SAUR 9MM - 12 ROUND MAGAZINE | | | | 1 |
| OTHER | TEN (10) 9MM TROY LUGER BULLET | | | | 1 |
| OTHER | BLACK G-CODE FIREARM HOLSTER | | | | 1 |
| MONEY | $206.00 IN U.S. CURRENCY | | | | 206 |
| OTHER | 2 CRUMBLED UP NAPKINS | | | | 1 |
| OTHER | BLACK APPLE IPHONE WITH WHITE/GRAY CASE | | | | 500 |

### OFFICER REPORT: 23041037 - 2 / GUZMAN,DAVID (24)

| **Date/Time of Report** | **Type of Report** | **Review Status** |
|---|---|---|
| 09/13/2023 15:54:06 | SIU | APPROVED |

### Narrative

Lt. Carmelo Jimenez had given information approximately 16 months earlier that he believed the operator of a black colored Audi Q7 bearing New Jersey registration J45-RVM would frequent the area of Florida Grove Rd and Stephen Ave to distribute narcotics to the operator of silver colored 2013 Subaru Forester.

When Lt. Jimenez provided me that information, I conducted a NJ motor vehicle inquiry on New Jersey registration # J45-RVM. The inquiry came back to a Christopher Bellinger out of 559 Hazel Ave Perth Amboy, NJ. However, I was unable to corroborate the information that I received from Lt. Carmelo Jimenez at that time.

On September 8th, 2023 at approximately 1540hrs, I was contacted by Lt. Carmelo Jimenez that a black colored Audi Q7 bearing New Jersey registration J45RVM was circling the area of Florida Grove Road and Stephen Ave, along with a silver colored 2013 Subaru Forester bearing New Jersey registration # Y96-MNS.

Based on the information Detectives Benjamin Batista, Kevin Savoia, Luis Almanzar, Yanelba Reyes, and I in (3) separate unmarked vehicles converged in the area in an attempt to locate and conduct surveillance on the aforementioned vehicles.

I observed the Audi driving west on Robbins Street being followed by a silver colored 2013 Subaru Forester bearing New Jersey registration # Y96MNS . Both vehicles then turned south on Harned Street where they both pulled over to the right near 785 Harned Street.

As I turned my unmarked vehicle around I observed the driver of the Subaru later identified as Joseph Vito Appice (hereinafter referred to as APPICE) walking away from the passenger side of the Audi. At this time based on my training and experience as a narcotics detective and the totality of the circumstances, I believed a narcotics transaction had taken place, Detectives Benjamin Batista and Kevin Savoia approached APPICE. (See Detective Batista's report for full details).

I now activated my unmarked police vehicle's emergency lights and signals to effect a motor vehicle stop on the Audi. The operator of the Audi later identified as Christopher Bellinger (hereinafter referred to as BELLINGER) continued driving at a slow pace turning onto Pfeiffer Blvd which is a busy highway before coming to a complete stop. Upon approach I observed shadowy movement from the interior cabin of the vehicle due to the vehicle being heavily tinted. As I advised BELLINGER the reason for the stop, and asked him to step out of the vehicle, he seemed to be stunned and out of breath. I observed US currency & crumbled napkins on a cup holder near the center console. Based on my training and experience and through prior

narcotics investigations I know napkins are commonly utilized amongst narcotics distributors to conceal Controlled Dangerous Substances. I was then advised by Detective Batista that they had recovered an amount of suspected narcotics from APPICE.

I now advised BELLINGER that he was under arrest and he was secured without incident.

A probable cause search of the vehicle was conducted where I along with Detectives Luis Almanzar and Yanelba Reyes checked the interior cabin of the vehicle that were accessible to BELLINGER. (see Detective Luis Almanzar's report for further details).

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | GUZMAN,DAVID | 24 |
| Reviewing Officer: | VALERA,MARCOS | 131 |
| Approving Officer: | VALERA,MARCOS | 131 |



**PERTH AMBOY POLICE DEPT**
**PERTH AMBOY, NJ**

| **INCIDENT # / REPORT #** | **OFFICER** | **RANK** | **REVIEW STATUS** |
|---|---|---|---|
| 23041037 / 3 | MARCINKO, JOHN F | | APPROVED |

---

**INCIDENT #23041037 DATA**
As Of 09/27/2023 08:28:46

---

### BASIC INFORMATION

| **CASE TITLE** | **LOCATION** | **APT/UNIT #** |
|---|---|---|
| STATE OF NEW JERSEY | HARNED ST & PFEIFFER BLVD | |

| **DATE/TIME REPORTED** | **DATE/TIME OCCURRED** |
|---|---|
| 09/08/2023 15:46:35 | On or about 09/08/2023 15:46 |

**INCIDENT TYPE(S)/OFFENSE(S)**
(1831)POSS OPIUM OR COCAINE 2C:35-10
(1811)MANU OR SALE OPIUM OR COCAINE 2C:35-5
(1852)SALE CDS 500 FT PUBLIC HOUSING/PARK 2C:35-7.1
(1858)DIST CDS W/I 1,000 FT OF SCHOOL 2C:35--7
(1531)WEAPON POSS/UNLAWFUL PURPOSE 2C:39-4
(1533)PROHIBITED WEAPONS AND DEVICES 2C:39-3

---

### PERSONS

| ROLE | NAME | SEX | RACE | AGE | DOB | PHONE |
|---|---|---|---|---|---|---|
| REPORTING PERSON | DET. BATISTA, BENJAMIN | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE.   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET./SGT. GUZMAN, DAVID | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVENUE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. SAVOIA, KEVIN | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. REYES, YANELBA | FEMALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. ALMANZAR, LUIS | | | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DEJESUS, JESSICA | FEMALE | WHITE | | | (WORK) 732-324-3817 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE   PERTH AMBOY, NJ | | | | | |

### OFFENDERS

| STATUS | NAME | SEX | RACE | AGE | DOB | PHONE |
|---|---|---|---|---|---|---|
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | ▓▓▓▓ | (HOME) |
| | ADDRESS: 559 HAZEL AVE   PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |
| DEFENDANT | APPICE, JOSEPH VITO | MALE | WHITE | 54 | ▓▓▓▓ | (HOME) |
| | ADDRESS: 52 LARCH ST 1 PORT READING, NJ | | | | | (CELL) 732-372-9134 |
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | ▓▓▓▓ | (HOME) |
| | ADDRESS: 559 HAZEL AVE   PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |

### Vehicles

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR | REG # | STATE |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2019 | AUDI | Q7 | BLACK | J45RVM | NJ |

| STOLEN $ | REC CODE | DATE REC | REC $ | REC BY |
|---|---|---|---|---|
| | | | | |

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR | REG # | STATE |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2013 | SUBARU | FORESTER | SILVER | Y96MNS | NJ |

| STOLEN $ | REC CODE | DATE REC | REC $ | REC BY |
|---|---|---|---|---|
| | | | | |

### Property

| CLASS | DESCRIPTION | MAKE | MODEL | SERIAL # | VALUE |
|---|---|---|---|---|---|
| DRUGS/NARCOTICS | APPROXIMATELY 2 GRAMS OF ROCK LIKE | | | | 125 |
| OTHER | CRUMBLED UP NAPKIN | | | | 1 |
| OTHER | PURPLE SAMSUNG PHONE | | | | 1 |
| OTHER | GOLD IPHONE WITH GREE/YELLOW CASE | | | | 1 |
| OTHER | STATE OF NJ PERMIT TO CARRY HANDGUN ID | | | | 1 |
| FIREARMS | SIG SAUER 9MM P365 SERIAL #:66F266547 | SIG SAUR | P365 | 66F266547 | 500 |
| OTHER | SIG SAUR 9MM - 12 ROUND MAGAZINE | | | | 1 |
| OTHER | TEN (10) 9MM TROY LUGER BULLET | | | | 1 |
| OTHER | BLACK G-CODE FIREARM HOLSTER | | | | 1 |
| MONEY | $206.00 IN U.S. CURRENCY | | | | 206 |
| OTHER | 2 CRUMBLED UP NAPKINS | | | | 1 |
| OTHER | BLACK APPLE IPHONE WITH WHITE/GRAY CASE | | | | 500 |

### OFFICER REPORT: 23041037 - 3 / MARCINKO,JOHN F (40)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 09/14/2023 14:04:33 | SUPPLEMENT | APPROVED |

### Narrative

On 9/14/2023 I transported one box containing one 9mm Sig Sauer model P365 semiautomatic handgun serial number 66F266547 with one magazine to the State Police Ballistics Unit located in Hamilton NJ.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | MARCINKO,JOHN F | 40 |
| Reviewing Officer: | | |
| Approving Officer: | JOY,CHRISTOPHER | 39 |

MCPO/23004404/00000013



# PERTH AMBOY POLICE DEPT
## PERTH AMBOY, NJ

| **Incident # / Report #** | **Officer** | **Rank** | **Review Status** |
|---|---|---|---|
| 23041037 / 4 | ALMANZAR,LUIS | | APPROVED |

---

**INCIDENT #23041037 DATA**
As Of 09/27/2023 08:28:46

---

### Basic Information

| **Case Title** | **Location** | **Apt/Unit #** |
|---|---|---|
| STATE OF NEW JERSEY | HARNED ST & PFEIFFER BLVD | |

| **Date/Time Reported** | **Date/Time Occurred** |
|---|---|
| 09/08/2023 15:46:35 | On or about 09/08/2023 15:46 |

**Incident Type(s)/Offense(s)**
(1831)POSS OPIUM OR COCAINE 2C:35-10
(1811)MANU OR SALE OPIUM OR COCAINE 2C:35-5
(1852)SALE CDS 500 FT PUBLIC HOUSING/PARK 2C:35-7.1
(1858)DIST CDS W/I 1,000 FT OF SCHOOL 2C:35--7
(1531)WEAPON POSS/UNLAWFUL PURPOSE 2C:39-4
(1533)PROHIBITED WEAPONS AND DEVICES 2C:39-3

---

### Persons

| Role | Name | Sex | Race | Age | DOB | Phone |
|---|---|---|---|---|---|---|
| REPORTING PERSON | DET. BATISTA, BENJAMIN | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE.  PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET./SGT. GUZMAN, DAVID | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVENUE  PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. SAVOIA, KEVIN | MALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE  PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. REYES, YANELBA | FEMALE | WHITE | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE  PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DET. ALMANZAR, LUIS | | | | | (WORK) 732-442-4400 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE  PERTH AMBOY, NJ | | | | | |
| INVOLVED PARTY | DEJESUS, JESSICA | FEMALE | WHITE | | | (WORK) 732-324-3817 (CELL) |
| | **ADDRESS:** 365 NEW BRUNSWICK AVE  PERTH AMBOY, NJ | | | | | |

### Offenders

| STATUS | NAME | SEX | RACE | AGE | DOB | PHONE |
|---|---|---|---|---|---|---|
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | 05/05/1986 | (HOME) |
| | **ADDRESS:** 559 HAZEL AVE   PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |
| DEFENDANT | APPICE, JOSEPH VITO | MALE | WHITE | 54 | 12/26/1968 | (HOME) |
| | **ADDRESS:** 52 LARCH ST 1 PORT READING, NJ | | | | | (CELL) 732-372-9134 |
| DEFENDANT | BELLINGER, CHRISTOPHER CURTIS | MALE | WHITE | 37 | 05/05/1986 | (HOME) |
| | **ADDRESS:** 559 HAZEL AVE   PERTH AMBOY, NJ | | | | | (CELL) 518-253-7719 |

## Vehicles

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR | REG # | STATE |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2019 | AUDI | Q7 | BLACK | J45RVM | NJ |

| STOLEN $ | REC CODE | DATE REC | REC $ | REC BY |
|---|---|---|---|---|
| | | | | |

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR | REG # | STATE |
|---|---|---|---|---|---|---|---|
| INVOLVED VEHICLE | AUTOMOBILES | 2013 | SUBARU | FORESTER | SILVER | Y96MNS | NJ |

| STOLEN $ | REC CODE | DATE REC | REC $ | REC BY |
|---|---|---|---|---|
| | | | | |

## Property

| CLASS | DESCRIPTION | MAKE | MODEL | SERIAL # | VALUE |
|---|---|---|---|---|---|
| DRUGS/NARCOTICS | APPROXIMATELY 2 GRAMS OF ROCK LIKE | | | | 125 |
| OTHER | CRUMBLED UP NAPKIN | | | | 1 |
| OTHER | PURPLE SAMSUNG PHONE | | | | 1 |
| OTHER | GOLD IPHONE WITH GREE/YELLOW CASE | | | | 1 |
| OTHER | STATE OF NJ PERMIT TO CARRY HANDGUN ID | | | | 1 |
| FIREARMS | SIG SAUER 9MM P365 SERIAL #:66F266547 | SIG SAUR | P365 | 66F266547 | 500 |
| OTHER | SIG SAUR 9MM - 12 ROUND MAGAZINE | | | | 1 |
| OTHER | TEN (10) 9MM TROY LUGER BULLET | | | | 1 |
| OTHER | BLACK G-CODE FIREARM HOLSTER | | | | 1 |
| MONEY | $206.00 IN U.S. CURRENCY | | | | 206 |
| OTHER | 2 CRUMBLED UP NAPKINS | | | | 1 |
| OTHER | BLACK APPLE IPHONE WITH WHITE/GRAY CASE | | | | 500 |

### OFFICER REPORT: 23041037 - 4 / ALMANZAR,LUIS (6186)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 09/14/2023 14:46:44 | SIU | APPROVED |

### Narrative

On September 8th, 2023 at approximately 1540 hours, while on narcotics patrol with Det. Yanelba Reyes, dressed in plain clothes and utilizing an unmarked vehicle, we responded to the area of Florida Grove Road and Stephen Ave on report of a black colored Audi SUV circling the block possibly involved in distribution of narcotics.

While enroute to the aforementioned location, Detectives Kevin Savoia, Benjamin Batista, and Sgt. David Guzman made observations in which they believed a narcotics transaction took place (see Det. Benjamin Batista and D/Sgt. David Guzman's report for further).

D/Sgt. David Guzman conducted a motor vehicle stop on the black color Audi Q7 bearing New Jersey registration J45RVM on Pfeiffer Blvd (County Hwy 184) near Harned Street. Det. Yanelba Reyes and I responded to this location to assist with the motor vehicle stop.

Upon arrival, Det. Yanelba Reyes and I conducted a probable cause search of the interior of the vehicle. Specifically areas that were accessible to BELLINGER and capable of holding or being able to conceal narcotics. Which yielded $206.00 in U.S. Currency believed to be illicit proceeds from the distribution of a controlled dangerous substance and two (2) crumbled paper napkin which were in plain view in the center console. One (1) black apple Iphone with white and Gray otter box case also located in plain view in the front passenger seat. A loaded handgun in a holster was located in the glove box of the vehicle. The firearm was a Sig Sauer P365 9mm (Serial #: 66F266547) with a 12 round magazine and a RomeoZero elite red dot. The magazine contained 9 (nine) luger 9mm rounds and 1 (one) round was in the chamber of the firearm.

This incident was captured on my department issued BWC.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | ALMANZAR,LUIS | 6186 |
| Reviewing Officer: | | |
| Approving Officer: | JOY,CHRISTOPHER | 39 |