UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br>                                      Plaintiff,<br>vs.<br>THE CITY OF PERTH AMBOY, PERTH AMBOY POLICE DEPARTMENT, CHIEF LAWRENCE CATTANO, in his official capacity, and LT. CARMELO JIMENEZ, DET. BENJAMIN BATISTA, DET./SGT. DAVID GUZMAN, DET. KEVIN SAVOIA, DET. YANELBA REYES, DET. LUIS ALMANZAR; P.O. JESSICA DEJESUS, individually and in their official capacity, and "JOHN DOES" #1-3,<br>individually and in their official capacity (the name "JOHN DOE" being fictitious, as the true names are presently unknown),<br>                                      Defendants. | **CASE NO. 24-CV-8442**<br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER GRANTING APPLICATION FOR THE ADMISSION *PRO HAC VICE* OF <u>KAREN A. NEWIRTH AND IRVING COHEN</u></u>

This matter having come before the Court on the motion of Zachary Intrater, Agnifilo Intrater ("the movant"), attorney for Plaintiff Christopher C. Bellinger III, for the pro hac vice admission of Karen A. Newirth and Irving Cohen ("counsel"), pursuant to L. Civ. R. 101.1; and the Court having considered the declarations in support of the motion, which reflect that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no object to this motion: and for good casus shown,

**IT IS ON THIS** __20th__ **day of** __August__**, 2024**.

**ORDERED** that the motion for pro hac vice admission of counsel, (ECF No. 2), is **GRANTED**;

**IT IF FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any Court;

**IT IS FURTHER ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

**IT IS FURTHER ORDERED** that movant shall be (a) an attorney of record in this case in accordance with L. Civ. R. 101.1; (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall each make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter;

**IT IS FURTHER ORDERED** that counsel shall each pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L.Civ. R. 101.1(c)(3); and

**IT IS FURTHER ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of the counsel or their inability to be in attendance at proceedings; and

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).

    s/ Cathy L. Waldor_____
Hon. Cathy L. Waldor, U.S.M.J.