# MURPHY ORLANDO LLC
*Attorneys at Law*

494 BROAD STREET • 5TH FLOOR • NEWARK, NJ 07102

*tel* 201.451.5000 • *fax* 201.451.5000

WWW.MURPHYORLANDO.COM

tnewman@murphyorlando.com

TYLER NEWMAN
*ASSOCIATE*

September 10, 2024

<u>*Via CM/ECF*</u>
Hon. Cathy L. Waldor, U.S.M.J.
Dr. Martin Luther King Justice Building
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

**Re:** *Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.*
**Docket No.: 24-CV-8442**

Dear Your Honor:

This firm represents all named Defendants in this civil action. As this firm was just recently retained to represent the aforementioned Defendants, we write to request a 14-day extension, pursuant to L. Civ. R. 6.1(b), of Defendants' time to respond to Plaintiff's Complaint. The requested extension would require a responsive filing on or before September 27, 2024.

If this request meets Your Honor's approval, please "so order" it below and have it entered on the docket, or contact me and we will submit a proposed form of Order if necessary. Thank you very much for your attention and courtesies.

Respectfully submitted,

**MURPHY ORLANDO LLC**

_____
Tyler Newman, Esq.

**SO ORDERED.** The above Defendants shall answer or move on or before September 27, 2024.

_____
Hon. Cathy L. Waldor, U.S.M.J.