## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PERTH AMBOY, PERTH AMBOY POLICE DEPARTMENT, CHIEF LAWRENCE CATTANO, in his official capacity, and LT. CARMELO JIMENEZ, DET. BENJAMIN BATISTA, DET./SGT. DAVID GUZMAN, DET. KEVIN SAVOIA, DET. YANELBA REYES, DET. LUIS ALMANZAR, P.O. JESSICA DEJESUS, individually and in their official capacity, and "JOHN DOES" #1-3, individually and in their official capacity (the name "JOHN DOE" being fictitious, as the true names are presently unknown),<br><br>Defendants. | Civil Action No. 2:24-CV-08442-CLW-JKS<br><br><br><br>**FIRST AMENDED<br>PRETRIAL SCHDULING ORDER** |

**THIS MATTER** having come before the Court for a case management conference on **April 15, 2025**, and the parties having reviewed the Court's Civil Case Management Order as well as the Local Civil Rules, and for good cause shown,

**IT IS on this 16th day of April, 2025,**

**ORDERED THAT** the next event in this matter will be **\*\*SEE DOCKET\*\*** and

**FURTHER ORDERED** that this matter will proceed as follows:

1. **Fact Discovery Deadline**. Fact discovery is to remain open through **September 12, 2025**. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Motions to Add New Parties**. Any motion to add new parties, whether by amended or third-party complaint, must be electronically filed no later than **May 1, 2025**.

3. **Motions to Amend Pleadings**. Any motion to amend pleadings must be electronically filed no later than **May 1, 2025**.

4. **Interrogatories**. The parties shall respond to Interrogatories by **April 18, 2025**.

5. **Document Requests.** The parties shall respond to each other's requests for production of documents by **April 18, 2025**.

6. **Depositions**. The number of depositions to be taken by each side shall not exceed **10**.

7. **Electronic Discovery**. The parties are directed to Rule 26(f), as amended, which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties are also directed to Local Civil Rule 26.1(d) which describes the obligations of counsel with regard to their clients' information management systems.

8. **Discovery Disputes**. Please refer to the Court's Civil Case Management Order.

9. **Motion Practice**. Please refer to the Court's Civil Case Management Order.

10. **Expert Reports**. All affirmative expert reports shall be delivered by **September 15, 2025**. All responsive expert reports shall be delivered by **October 15, 2025.** Depositions of all experts to be completed by **November 17, 2025**.

11. **Form and Content of Expert Reports**. All expert reports must comport with the form and content requirements set forth in Rule 26(a)(2)(B). No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

12. **Extensions and Adjournments**. Please refer to the Court's Civil Case Management Order.

13. **Protective Orders**. Any proposed confidentiality order agreed to by the parties must strictly comply with Rule 26(c), Local Civil Rule 5.3, and applicable case law. Please also refer to the Court's Civil Case Management Order.

14. **Local Rules.** The parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

15. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY OTHER ORDERS WILL RESULT IN SANCTIONS**.

        s/ Cathy L. Waldor

        **CATHY L. WALDOR**
        **United States Magistrate Judge**