UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PERTH AMBOY, et al,<br><br>Defendants. | Civil Action No. 2:24-CV-08442-CLW-JKS<br><br>**CONSENT ORDER PERMITTING RELEASE AND USE OF INFORMATION CONTAINED IN SEALED AND EXPUNGED RECORDS PURSUANT TO N.J.S.A. 2C:52-19** |

THIS MATTER having come before the Court on the application of Plaintiff Christopher Curtis Bellinger III, by and through his counsel, and the Court having considered the matter and for good cause shown:

IT IS ON THIS 30th day of May, 2025, ORDERED and ADJUDGED:

1. That the information and records previously sealed and/or expunged, including but not limited to any and all records, including police reports, arrest records, court records, and any other documents relating to Joseph Appice's September 8, 2023 arrest and subsequent criminal proceedings, may be released to the parties for use in connection with the above-captioned civil action;

2. That the parties and their counsel, as well as any retained experts, may inspect and utilize such information and records—including arrest reports, search warrants, charging instruments, and body-worn camera footage—as part of discovery and litigation in this case;

3. That this information may be disclosed in accordance with the Federal Rules of Civil Procedure, subject to the Discovery Confidentiality Order issued by the Court.

IT IS SO ORDERED.

*s/ Cathy L. Waldor*
_____
Hon. Cathy L. Waldor, U.S.M.J.

We hereby consent to the form and entry of the above Order:


/s/ Fern Mechlowitz
_____
Fern Mechlowitz, Esq.
GELBER & SANTILLO
*Counsel to Mr. Bellinger*


/s/ John W. Bartlett
_____
John W. Bartlett
MURPHY ORLANDO
*Counsel to Defendants*