UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF PERTH AMOBY, PERTH AMBOY POLICE DEPARTMENT, CHIEF LAWRENCE CATTANO in his official capacity, and LT. CARMELO JIMENEZ, DET. BENJAMIN BATISTA, DET./SGT. DAVID GUZMAN, DET. KEVIN SAVOIA, DET. YANELBA REYES, DET. LUID ALMANZAR, P.O. JESSICA DEJESUS, individually and in their official capacity, and "JOHN DOES" #1-3, individually and in their official capacity (the name "JOHN DOE" being fistitious, as the true names are presently unknown,<br><br>*Defendants*. | Civil Action No. 24-8442<br><br>ORDER<br><br>June 30, 2025 |

**SEMPER**, District Judge.

This matter having come before the Court on Defendants the City of Perth Amboy, Perth Amboy Police Department, Chief Lawrence Cattano, Lt. Carmelo Jimenez, Det. Benjamin Batista, Det./Sgt. David Guzman, Det. Kevin Savoia, Det. Yanelba Reyes, Det. Luis Almanzar, and P.O. Jessica DeJesus's (collectively "Defendants") Motion to Dismiss (ECF 19) Plaintiff Christopher Curtis Bellinger III's ("Plaintiff" or "Bellinger") Complaint (ECF 1), and the Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated June 30, 2025,

**IT IS** on this 30th day of June 2025,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as to Counts 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, and 16. Counts 3, 4, 5, 6, 7, 8, 9, and 10 are dismissed without prejudice; Counts 13, 14, 15, and 16 are dismissed with prejudice.

1

**ORDERED** that Defendant's Motion to Dismiss is **DENIED** as to counts 1, 2, 11, and 12. The parties are directed to proceed to discovery pursuant to these remaining claims under the supervision of Magistrate Judge Waldor.

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:  Clerk
cc:    Cathy L. Waldor, U.S.M.J.
       Parties