**MURPHY ORLANDO LLC**
Jason F. Orlando, Esq. (#016482000)
John W. Bartlett, Esq. (#023042001)
Mallory B. Olwig, Esq. (#467232024)
494 Broad Street, 5th Floor
Newark, New Jersey 07102
(201) 451-5000
jorlando@murphyorlando.com
jbartlett@murphyorlando.com
molwig@murphyorlando.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III, <br><br> Plaintiff(s), <br><br> v. <br><br> THE CITY OF PERTH AMBOY, PERTH AMBOY POLICE DEPARTMENT, CHIEF LAWRENCE CATTANO, in his official capacity, and LT. CARMELO JIMENEZ, DET. BENJAMIN BATISTA, DET./SGT. DAVID GUZMAN, DET. KEVIN SAVOIA, DET. YANELBA REYES, DET. LUIS ALMANZAR, P.O JESSICA DEJESUS, individually and in their official capacity, and "JOHN DOES" #1-3, individually and in their official capacity (the name "JOHN DOE" being fictitious, as the true names are presently unknown), <br><br> Defendant(s). | Civil Action No. 2:24-cv-08442 <br><br><br> **CERTIFICATE OF SERVICE** |

I am an attorney admitted and in good standing in this United States District Court and hereby certify that on this day I caused a true and correct copy of Defendants' Answer and Affirmative Defenses to the Complaint to be served by ECF upon all counsel of record via CM/ECF.

Dated:  July 18, 2025

    /s/ *Mallory B. Olwig*

Mallory B. Olwig, Esq.

**MURPHY ORLANDO LLC**