

September 30, 2025

**<u>Via CM/ECF</u>**
The Honorable Cari Fais
United States Magistrate Judge
Dr. Martin Luther King Justice Building
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

    Re: *Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.*, 24-CV-8442

Dear Judge Fais:

    We represent Plaintiff Christopher Curtis Bellinger III in the above-referenced matter. We write today with Defendants' consent to request an extension of the current discovery deadlines. On June 9, 2025, the Court entered an Amended Pretrial Scheduling Order [Dkt. 52] extending fact discovery to November 11, 2025 and adjusting related deadlines.

    Since that time, the parties have continued to work diligently to resolve outstanding discovery issues, including disputes concerning the production of electronically stored information, body-worn camera footage, and internal affairs materials. While the parties remain hopeful these issues can be resolved without motion practice, they have occasioned delay in moving discovery forward. In particular, fact witness depositions have not yet commenced.

    Accordingly, the parties jointly and respectfully request a ninety (90) day extension of the majority of the current deadlines, as follows:

- Fact Discovery (including depositions): February 11, 2026
- Motions to Amend Pleadings / Add Parties: October 31, 2025 (to permit limited additional time to amend based on additional discovery)
- Interrogatories and Document Requests: Reopened and extended to February 11, 2026 (coterminous with the fact discovery deadline, to permit limited additional written discovery necessitated by the delays)
- Affirmative Expert Reports: February 16, 2026
- Responsive Expert Reports: March 16, 2026
- Expert Depositions: April 17, 2026

    This is the Plaintiff's second request for an extension of discovery deadlines. The request is made in good faith and not for purposes of delay. Granting it will allow the parties to complete discovery efficiently and without unnecessary motion practice.

The Honorable Cari Fais  Page 2
September 30, 2025

    If this request meets with Your Honor's approval, we respectfully ask that it be "so ordered" and entered on the docket, or, if the Court prefers, we will submit a proposed form of order for the Court's use.

                                                         Respectfully submitted,

                                                         /s/ Fern Mechlowitz

                                                         Fern Mechlowitz

                                                         Karen A. Newirth