**MURPHY ORLANDO LLC**
John W. Bartlett, Esq. (#023042001)
Debra Rydarowski (#004582007)
494 Broad Street, 5th Floor
Newark, New Jersey 07102
(201) 451-5000
jbartlett@murphyorlando.com
drydarowski@murphyorlando.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY OF PERTH AMBOY, PERTH AMBOY POLICE DEPARTMENT, CHIEF LAWRENCE CATTANO, in his official capacity, and LT. CARMELO JIMENEZ, DET. BENJAMIN BATISTA, DET./SGT. DAVID GUZMAN, DET. KEVIN SAVOIA, DET. YANELBA REYES, DET. LUIS ALMANZAR, P.O. JESSICA DEJESUS, individually and in their official capacity, and "JOHN DOES" #1-3, individually and in their official capacity (the name "JOHN DOE" being fictitious, as the true names are presently unknown),<br><br>  Defendants. | Civil Action No. 2:24-CV-08442-CLW-JKS<br><br>**NOTICE OF APPEARANCE** |

**To:   The Clerk of Court and all parties of record**

I am admitted or otherwise authorized to practice in this Court, and I hereby enter my appearance in this matter on behalf of Defendants the City of Perth Amboy, Perth Amboy Police Department (improperly named as a separate entity from the municipality), Chief Lawrence Cattano, in his official capacity, and Lt. Carmelo Jimenez, Det. Benjamin Batista, Det./Sgt. David Guzman,

Det. Kevin Savoia, Det. Yanelba Reyes, Det. Luis Almanzar, and P.O. Jessica Dejesus.  I request that copies of all papers in this action be served upon me.

*s/ Debra R. Rydarowski*
Debra R. Rydarowski, Esq.
**MURPHY ORLANDO LLC**
drydarowski@murphyorlando.com

Dated: October 10, 2025