UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

CHRISTOPHER CURTIS BELLINGER III,

           Plaintiff,

v.

THE CITY OF PERTH AMBOY et al.,

           Defendants.

Docket No. 2:24-cv-08442

## SECOND AMENDED PRETRIAL SCHEDULING ORDER

This matter having come before the Court for a case management conference on October 14, 2025, and Plaintiff having filed a consent motion to extend the current discovery deadlines (Dkt. 58), and for good cause shown, IT IS on this 29th day of October, 2025,

**ORDERED** that the Pretrial Scheduling Order entered on December 18, 2024 (Dkt. 26), and amended on June 9, 2025 (Dkt. 52), is hereby further amended as follows:

1. **Fact Discovery.** Fact discovery, including depositions, shall remain open through **February 11, 2026**. All fact witness depositions must be completed by the close of fact discovery. No fact discovery shall be conducted beyond this date, except upon application and for good cause shown.

2. **Motions to Amend Pleadings / Add Parties.** Any motion to amend the pleadings or add new parties shall be electronically filed no later than **December 1, 2025**. This limited extension is granted to allow for amendment based on additional discovery.

3. **Written Discovery.** Interrogatories and requests for production of documents are reopened and extended through **February 11, 2026**.

4. **Expert Reports.** All affirmative expert reports shall be delivered by **February 23, 2025**. All responsive expert reports shall be delivered by **March 16, 2025**. Depositions of all experts to be completed by **April 17, 2025**.

SO ORDERED.

*s/Cari Fais*
The Honorable Cari Fais
United States Magistrate Judge