UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PERTH AMBOY et al.,<br><br>Defendants. | Docket No. 2:24-cv-08442 |

### ORDER AUTHORIZING LIMITED DISCLOSURE OF INFORMATION PROTECTED UNDER DANIEL'S LAW

This matter having come before the Court and the Court having discussed the issue during a status conference on October 14, 2025 with the parties, and having reviewed the proposed consent order and letter submitted on October 21, 2025, and for good cause shown,

IT IS on this 29th day of October, 2025, ORDERED as follows:

1. **Authorization for Limited Disclosure.**

    Pursuant to N.J.S.A. 47:1B-1(a) et seq. ("Daniel's Law"), and subject to the terms of the Discovery Confidentiality Order ("DCO") entered in this matter (Dkt. 43), Defendants are hereby authorized and directed to produce to Plaintiff's counsel the location of the sender's home address referenced in DEF0260–0262 (the "Disclosed Information"), which information is otherwise protected by Daniel's Law.

2. **"Attorney's Eyes Only" Designation.**

    The Disclosed Information shall be treated as "Attorneys' Eyes Only" under the DCO and all applicable terms under the DCO shall apply to the Disclosed Information.

3. **No Waiver of Protection.**

    Production pursuant to this Order shall not constitute a waiver of the protections afforded by Daniel's Law or any other privilege or statutory safeguard, and the information shall remain subject to all confidentiality restrictions after the conclusion of this litigation.

SO ORDERED.

*s/Cari Fais*
_____
The Honorable Cari Fais
United States Magistrate Judge