UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTOPHER CURTIS BELLINGER,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY OF PERTH AMBOY, PERTH AMBOY POLICE DEPARTMENT, CHIEF LAWRENCE CATTANO, LT. CARMELO JIMENEZ, DET. BENJAMIN BATISTA, DET./SGT. DAVID GUZMAN, DET. KEVIN SAVOIA, DET. YANELBA REYES, DET. LUIS ALMANZAR, and PO JESSICA DEJESUS.**<br><br>Defendants. | Civil Action No. 24-08442<br><br>Hon. Jamel K. Semper, U.S.D.J.<br><br>Hon. Cari Fais, U.S.M.J.<br><br>**ORDER** |

**THIS MATTER** having been presented to the Court by letter dated November 7, 2025 concerning Plaintiff's requests that Defendants produce native versions of text messages and related metadata, certain video evidence, and internal affairs files for the Defendant Officers; and the Court having considered the arguments contained therein and the applicable law; and for the reasons set forth on the record on December 22, 2025;

**IT IS** on this **22nd** day of **December** 2025,

**ORDERED** that the parties complete an ESI protocol on or before January 12, 2026; and it is further

**ORDERED** that Defendants produce all responsive records from the cell phones of Defendants Jimenez and Guzman in native form with metadata on or before February 11, 2026; and it is further

2

**ORDERED** that Defendants provide certified responses to Plaintiff's requests for video footage from the police department and body worn cameras on or before February 11, 2026; and it is further

**ORDERED** that Defendants produce the requested Internal Affairs records on or before January 12, 2026.

s/ <u>*Cari Fais*</u><br>
**Hon. Cari Fais**<br>
**United States Magistrate Judge**