# MURPHY ORLANDO LLC
*Attorneys at Law*

494 BROAD STREET • 5TH FLOOR • NEWARK, NJ 07102

*tel* 201.451.5000 • *fax* 201.451.5000

WWW.MURPHYORLANDO.COM

MALLORY B. OLWIG
*ASSOCIATE*

molwig@murphyorlando.com

January 20, 2026

<u>*Via CM/ECF*</u>
Hon. Cari Fais, U.S.M.J.
Dr. Martin Luther King Justice Building
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

**So Ordered** on this 21st day of January 2026.
<u>*s/Cari Fais*</u>
Hon. Cari Fais, U.S.M.J.

    Re:   *Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.*
           **Docket No.: 2:24-CV-8442-JKS-CLW**

Dear Your Honor:

    This firm represents all named Defendants in this civil action. The parties were ordered to complete an ESI protocol by January 19, 2026. [Dkt. 72]. Because January 19 was a federal holiday, the effective deadline is today, January 20, 2026.

    The parties have reached an agreement on all but one aspect of the ESI protocol, which we intend to address in a joint letter. To ensure we are able to substantively and thoroughly outline the disputed issue, the **parties jointly request a one-day extension** to January 21, 2026, to submit the joint letter.

    Thank you for your time and attention to this matter.

                                       Respectfully submitted,
                                       **MURPHY ORLANDO LLC**

                                       */s/ Mallory B. Olwig*
                                       Mallory B. Olwig, Esq.

c:    All Counsel of Record (via CM/ECF)