**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF PERTH AMBOY et al., <br><br> Defendants. | Docket No. 2:24-cv-08442 |

### [PROPOSED] THIRD AMENDED PRETRIAL SCHEDULING ORDER

This matter having come before the Court for a status update on January 30, 2026, and the parties having consented to extend discove1y deadlines, and for good cause shown, IT IS on this ___ day of _____ 2026,

**ORDERED** that the Pretrial Scheduling Order entered on December 18, 2024 (Dkt. 26), and amended on June 9, 2025 (Dkt. 52) and October 29, 2025 (Dkt. 64), is hereby further amended as follows:

1. **Fact Discovery.** Fact discovery, including depositions, shall remain open through **April 30. 2026.** All fact witness depositions must be completed by the close of fact discovery. No fact discovery shall be conducted beyond this date, except upon application and for good cause shown.

2. **Written Discovery.** Interrogatories and requests for production of documents are extended through **April 30. 2026.**

3. **Expert Reports.** All affirmative expert reports shall be delivered by **June 17. 2026.** All responsive expert reports shall be delivered by **July 29. 2026.** Depositions of all experts to be completed by **September 30. 2026.**

SO ORDERED.

_____
The Honorable Cari Fais
United States Magistrate Judge