

February 10, 2026

**Via CM/ECF**
Hon. Cari Fais
United States Magistrate Judge
Dr. Martin Luther King Justice Building
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

      Re: *Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.*, 24-CV-8442

Dear Judge Fais:

We write pursuant to the Court's February 1, 2026 order (Dkt. No. 79), directing the parties to meet and confer and report back to the Court concerning Plaintiff's letter seeking leave to file a motion to quash Defendants' third-party subpoena to T-Mobile (Dkt. No. 77). As a result of the parties' conferring, the motion to quash is no longer necessary and Plaintiff respectfully withdraws his letter request. We thank the Court for its attention in this matter.

Very truly yours,

Karen A. Newirth

cc:    All counsel of record (via ECF)