

April 23, 2026

**<u>Via CM/ECF</u>**
The Honorable Cari Fais
United States Magistrate Judge
Dr. Martin Luther King Justice Building
50 Walnut Street
Newark, NJ 07102

Re: *Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.*, 24-CV-8442

Dear Judge Fais:

The parties submit this joint request seeking an extension of the current discovery deadlines in this case. Given that the parties are still working through their various discovery disputes and also await the Court's direction on the current pending dispute regarding the method of ESI extraction from the cell phones of Defendants Jimenez and Guzman (set forth in ECF Docket No. 75), the parties seek to amend the current scheduling order as follows:

- Fact discovery shall remain open through August 28, 2026;

- Written discovery shall be extended through August 28, 2026;

- Affirmative expert reports shall be served by October 16, 2026; responsive expert reports shall be delivered by November 30, 2026, and expert depositions shall be completed by December 30, 2026.

These extensions are necessary to allow the parties to complete fact and expert discovery. A Proposed Third Amended Scheduling Order reflecting these dates is attached, and the parties respectfully request that the Court endorse the proposed order.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Fern Mechlowitz
Fern Mechlowitz
Karen A. Newirth
*Counsel for Plaintiff*

/s/ Mallory Olwig
Mallory Olwig
*Counsel for Defendants*