**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br>Plaintiff,<br>v.<br>THE CITY OF PERTH AMBOY et al.,<br>Defendants. | Docket No. 2:24-cv-08442 |

## THIRD AMENDED PRETRIAL SCHEDULING ORDER

The parties having consented to extend discove1y deadlines, and for good cause shown, IT IS on this 24th day of April 2026,

**ORDERED** that the Pretrial Scheduling Order entered on December 18, 2024 (Dkt. 26), and amended on June 9, 2025 (Dkt. 52) and October 29, 2025 (Dkt. 64), is hereby further amended as follows:

1. **Fact Discovery.** Fact discovery, including depositions, shall remain open through **August 28, 2026**. All fact witness depositions must be completed by the close of fact discovery. No fact discovery shall be conducted beyond this date, except upon application and for good cause shown.

2. **Written Discovery.** Interrogatories and requests for production of documents are extended through **August 28, 2026**.

3. **Expert Reports.** All affirmative expert reports shall be delivered by **October 16, 2026**. All responsive expert reports shall be delivered by **November 30, 2026.** Depositions of all experts to be completed by **December 30, 2026**.

SO ORDERED.

***s/Cari Fais***
The Honorable Cari Fais
United States Magistrate Judge