**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br>Plaintiff(s),<br>v.<br>THE CITY OF PERTH AMBOY, et al.,<br>Defendants. | Civil Action No. 2:24-cv-08442<br><br>**[PROPOSED]**<br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having been brought before the Court for an entry of an amended scheduling order; and the parties having conferred and consented to the following new schedule, and the Court having determined the proposed new schedule to be acceptable, and for good cause shown,

**IT IS** on this _______ day of __________________, 2026, **ORDERED**, that:

**ORDERED** that the Pretrial Scheduling Order entered on December 18, 2024 [Dkt. 26], and amended on June 9, 2025 [Dkt. 52], October 29, 2025 [Dkt. 64], and April 24, 2026 [Dkt. 84], is hereby further amended as follows:

1. **Fact Discovery.** Fact discovery, including depositions, shall remain open through **November 28, 2026**. All fact witness depositions must be completed by the close of fact discovery. No fact discovery shall be conducted beyond this date, exception upon application and for good cause shown.
2. **Written Discovery**. Interrogatories and requests for production of documents are extended through **November 28, 2026**.
3. **Expert Reports.** All affirmative expert reports shall be delivered by **January 16, 2026**. All responsive expert reports shall be delivered by **February 30, 2026**. Depositions of all experts to be completed by **March 30, 2026**.

______________________________
Hon. Cari Fais, U.S.M.J.