**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER CURTIS BELLINGER III,<br>Plaintiff,<br>v.<br>THE CITY OF PERTH AMBOY et al.,<br>Defendants. | Docket No. 2:24-cv-08442<br><br>**FOURTH AMENDED PRETRIAL SCHEDULING ORDER** |

The parties having consented to extend discovery deadlines, and for good cause shown, IT IS on this 10th day of November 2026,

**ORDERED** that the Pretrial Scheduling Order entered on December 18, 2024 (Dkt. 26), and amended on April 16, 2025 (Dkt. 42), June 9, 2025 (Dkt. 52), October 29, 2025 (Dkt. 64), and April 24, 2026 (Dkt. 84), is hereby further amended as follows:

1. **Production from Officers' Phones.** Defendants shall complete production of all responsive non-privileged data from the mobile phones of Defendants Lt. Carmelo Jimenez and Det./Sgt. David Guzman, pursuant to the Electronic Discovery Stipulation and Order (Dkt. 104), by **November 20, 2026**.

2. **Fact Discovery.** Fact discovery, including depositions, shall remain open through **February 8, 2027**. All fact witness depositions must be completed by the close of fact discovery. No fact discovery shall be conducted beyond this date, except upon application and for good cause shown.

3. **Expert Reports.** All affirmative expert reports shall be delivered by **March 5, 2027**. All responsive expert reports shall be delivered by **May 10, 2027**. Depositions of all experts to be completed by **June 9, 2027**.

4. **Settlement Conference.** The in-person settlement conference scheduled for **January 7, 2027** at 10:30 a.m. (Dkt. 100) remains as scheduled.

SO ORDERED.

***/s/ Cari Fais***
The Honorable Cari Fais
United States Magistrate Judge