MURPHY ORLANDO LLC
*Attorneys at Law*

494 BROAD STREET • 5TH FLOOR • NEWARK, NJ 07102
*tel* 201.451.5000 • *fax* 201.451.5000
WWW.MURPHYORLANDO.COM

abaker@murphyorlando.com

AMANDA K. BAKER
*ASSOCIATE*

November 16, 2026

***Via CM/ECF***
Hon. Cari Fais, U.S.M.J.
Dr. Martin Luther King Justice Building
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

**Re:** ***Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.***
**Dkt. No. 2:24-cv-08442**

Dear Judge Fais:

This firm represents all named Defendants in the above-referenced matter. Pursuant to the Court's November 9, 2026, Order, we write to provide a status update regarding Defendants' efforts to obtain discovery related to law enforcement database searches and FLOCK. [Dkt. 108].

Defendants are pleased to inform the Court that per Your Honor's November 9th Order regarding database searches, Defendants produced the requested materials to Plaintiff's counsel earlier today. Defendants also re-produced FLOCK records in a readable format. With this production, Defendants have fulfilled Plaintiff's request for records of database searches.

We thank the Court for its time and attention to this matter. If Your Honor has any questions, please do not hesitate to contact me.

Respectfully submitted,

**MURPHY ORLANDO LLC**

*/s/ Amanda K. Baker*
Amanda K. Baker, Esq.

c. All Counsel of Record (via CM/ECF)