**MURPHY ORLANDO** LLC
*Attorneys at Law*

494 BROAD STREET • 5TH FLOOR • NEWARK, NJ 07102
*tel* 201.451.5000 • *fax* 201.451.5000
WWW.MURPHYORLANDO.COM

abaker@murphyorlando.com

AMANDA K. BAKER
*ASSOCIATE*

November 20, 2026

***Via CM/ECF***
Hon. Cari Fais, U.S.M.J.
Dr. Martin Luther King Justice Building
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

**Re:** ***Christopher Curtis Bellinger III v. The City of Perth Amboy, et al.***
**Dkt. No. 2:24-cv-08442**

Dear Judge Fais:

This firm represents all named Defendants in the above-referenced matter. We write, **with Plaintiff's consent**, to respectfully request a one-week extension of Defendants' time to complete the production of responsive non-privileged materials from the mobile devices of Sgt. Guzman and Lt. Jimenez. Pursuant to the Fourth Amended Pretrial Scheduling Order, Defendants' production is due today, November 20, 2026. [Dkt. 109]. With a one-week extension, Defendants' production will be due on or before **November 27, 2026.**

Defendants have made substantial progress in obtaining the responsive materials. However, the files were only just uploaded by the e-discovery vendor yesterday, November 19, 2026. Defense counsel began conducting a review immediately, but more time is needed to finalize that review and have the documents prepared for production by the vendor. Following a productive meet and confer with Plaintiff's counsel, counsel consented to the requested one-week extension.

We hope this meets with Your Honor's approval. If it does, please "SO ORDER" it below or contact me and we will file a proposed form of Order. We thank the Court for its time and attention to this matter. If Your Honor has any questions, please do not hesitate to contact me.

Respectfully submitted,
**MURPHY ORLANDO LLC**

*/s/ Amanda K. Baker*
Amanda K. Baker, Esq.

c. All Counsel of Record (via CM/ECF)

**SO ORDERED.**

________________________________
Hon. Cari Fais, U.S.M.J.